```
 1 | McGREGOR W. SCOTT
   | United States Attorney
 2 | COURTNEY J. LINN
   | Assistant U.S. Attorney
 3 | 501 "I" Street, Suite 10-100
   | Sacramento, California 95814
 4 | Telephone: (916) 554-2700
```



FILED

FEB 21 2006



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | SW-05-0242-DAD |
| Plaintiff, ) | |
| v. ) | |
| IN RE MATTER OF SEIZURE, ) WARRANT FOR CERTAIN FUNDS ) | [~~PROPOSED~~] UNSEALING ORDER |

On November 2, 2005, the Court entered a sealing order on the affidavit and seizure warrant numbered: SW-05-0242 DAD. The United States now requests that the affidavit and seizure warrant listed above be unsealed.

IT IS SO ORDERED.

DATED: 2/21/06           _____
                         DALE A. DROZD
                         UNITED STATES MAGISTRATE JUDGE